■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A.C., Appellant. (Appeal No. 1.) [6 NYS3d 507]—Appeal from an adjudication of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered January 14, 2014. Defendant was adjudicated a youthful offender upon his plea of guilty of robbery in the third degree.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Michael A.C.* ([appeal No. 2] 128 AD3d 1359 [2015]). Present—Scudder, P.J., Centra, Peradotto, Valentino and Whalen, JJ.